**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq. (SBN 185123)
eric@kingsleykingsley.com
KELSEY M. SZAMET, Esq. (SBN 260264)
kelsey@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
(818) 990-8300, Fax (818) 990-2903

**DAVTYAN PROFESSIONAL LAW CORPORATION**
EMIL DAVTYAN, Esq., Cal. Bar No. 299363
emil@davtyanlaw.com
880 E. Broadway
Glendale, CA 91205
Telephone: (818) 875-2008
Fax: (818) 722-3974
Attorneys for Plaintiff and the Proposed Class

RONALD A. PETERS, Bar No. 169895
BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON PC
50 West San Fernando Street, 7th Floor
San Jose, CA 95113
Telephone: 408.795.3433
Facsimile: 408.288.5686
rpeters@littler.com
bemmert@littler.com
Attorneys for Defendant FIRST TRANSIT, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK RAJ, an individual, on behalf of himself and others similarly situated<br><br><div align="center">PLAINTIFF,</div><br><div align="center">V.</div><br>FIRST TRANSIT, INC.; and DOES 1 thru 50, inclusive,<br><br><div align="center">DEFENDANTS.</div> | CASE NO.  2:19-cv-02009-MCE-AC<br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES FOR FACT AND EXPERT WITNESS DISCOVERY; ORDER THEREON**<br><br>U.S. District Judge:<br>Morrison C. England, Jr.<br><br>Magistrate Judge:<br>Allison Claire |

1

Plaintiff PATRICK RAJ, ("Plaintiff") and Defendant FIRST TRANSIT, INC. ("Defendant") by and through their respective counsel, enter into the following Stipulation and jointly request the Court continue the currently set deadlines to complete fact and expert witness discovery for a period of 120 days to allow the Parties to participate in private mediation to attempt to resolve this matter. The Parties request is based on the following:

WHEREAS, Plaintiff filed the underlying Complaint on October 4, 2019;

WHEREAS, the Parties submitted a Joint Scheduling Report on December 23, 2019, that contained proposed deadlines for the completion of fact discovery of November 18, 2020; designation of expert witnesses on January 21, 2021; and supplemental designation of expert witnesses of February 16, 2021.

WHEREAS, as stated in the Joint Scheduling Report, the Parties also discussed participating in alternative dispute resolution to attempt to resolve this matter.

WHEREAS, as part of participating in alternative dispute resolution to attempt to resolve this matter, the Parties also discussed exchange of information to facilitate settlement discussions.

WHEREAS, the Parties have agreed to participate in private mediation in an attempt to informally resolve this matter. The Parties have also exchanged information as part of the mediation.

WHEREAS, the Parties have currently scheduled a mediation with Tripper Ortman for November 13, 2020.

WHEREAS, the Parties request the Court continue the currently set deadlines for completing fact discovery and expert discovery for a period of 120 days (fact discovery to March 18, 2021; expert witness disclosure to May 21, 2021; supplemental experts to June 16, 2021) to allow the Parties to participate in this mediation.

NOW, THEREFORE, in order to conserve judicial resources and allow the Parties to attempt to informally resolve this matter, the parties stipulate and agree:

1.     To continue the deadline to complete fact discovery from November 18, 2020, to March 18, 2021;

2.     To continue the deadline to designate expert witness disclosures from January 21, 2021, to May 21, 2021;

3.     To continue the deadline to provide supplemental expert witness disclosures from February 16, 2021, to June 16, 2021.

SO STIPULATED.

DATED: July 22, 2020                     KINGSLEY & KINGSLEY, APC


By: */s/ Kelsey M. Szamet*
_____
Eric B. Kingsley
Kelsey M. Szamet
Attorneys for Plaintiff PATRICK RAJ


DATED: July 22, 2020                     LITTLER MENDELSON PC


By: */s/ Benjamin A. Emmert*
_____
Benjamin A. Emmert
Ronald A. Peters
Attorneys for Defendant
FIRST TRANSIT, INC.

**STIPULATION TO CONTINUE DISCOVERY FACT/EXPERT WITNESS DISCOVERY DEADLINES; ORDER THEREON**

# ORDER

Based on the foregoing stipulation of the Parties, by and through their counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that

1.     The deadline to complete fact discovery is continued from November 18, 2020, to March 18, 2021;

2.     The deadline to designate expert witness disclosures is continued from January 21, 2021, to May 21, 2021; and

3.     The deadline to provide supplemental expert witness disclosures is continued from February 16, 2021, to June 16, 2021.

IT IS SO ORDERED.

Dated:  July 27, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE DISCOVERY FACT/EXPERT WITNESS DISCOVERY DEADLINES; ORDER THEREON**